**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VASILII IGRUSHIN,<br><br>    Petitioner,<br><br> v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>    Respondents. | No. 3:26-cv-00838-BTM-VET<br><br>**JUDGMENT AND WRIT OF HABEAS CORPUS** |

For the reasons set forth in the Court's order, the petition for a writ of habeas corpus is granted. The Respondents shall schedule the Petitioner's actual removal to Ukraine within fourteen days of the entry of this judgment or release him on such conditions that are necessary for the safety of the community and ensuring his appearance for removal proceedings. The Government must file a status report confirming compliance with this writ no later than April 22, 2026. The Court retains jurisdiction to enforce the writ.

    **IT IS SO ORDERED.**

Dated: April 6, 2026

Honorable Barry Ted Moskowitz
United States District Judge